IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 21 PM 2:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

SOFAMOR DANEK GROUP, INC.,

    Plaintiff,

VS.                            NO. 02-2471-MaV

NEW HAMPSHIRE INSURANCE CO., ET AL.,

    Defendants.

## ORDER AMENDING DEADLINES

Before the court is the September 15, 2005, joint motion of the parties requesting that the court extend the discovery deadline and the deadline for filing and responding to potentially dispositive motions. For good cause shown, the motion is granted.

The deadline for completing discovery is November 15, 2005.

The deadline for filing potentially dispositive motions is January 16, 2006.

The deadline for responding to potentially dispositive motions is February 15, 2006.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 21st day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-22-05

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:02-CV-02471 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Peter W. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

William P. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT